**WILSON TURNER KOSMO LLP**
MICHAEL S. KALT (SB# 173228)
mkalt@wilsonturnerkosmo.com
DANIEL C. GUNNING (SB# 259642)
dgunning@wilsonturnerkosmo.com
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600

Attorneys for Plaintiff
SAN DIEGO COUNTY LODGING ASSOCIATION

**PAUL HASTINGS LLP**
RAYMOND W. BERTRAND (SB# 220771)
raymondbertrand@paulhastings.com
JAMES P. DE HAAN (SB# 322912)
jamesdehaan@paulhastings.com
4747 Executive Drive, 12th Floor
San Diego, California  92121
Telephone:  (858) 458-3000

Attorneys for Plaintiff
CALIFORNIA EMPLOYMENT LAW COUNCIL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COUNTY LODGING ASSOCIATION, CALIFORNIA EMPLOYMENT LAW COUNCIL,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF SAN DIEGO,<br><br>Defendant. | Case No.: 3:20-cv-02151-WQH-MDD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS ASSERTED BY CALIFORNIA EMPLOYMENT LAW COUNCIL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(i)** |

20-CV-02151

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that plaintiff California Employment Law Council ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismisses all of its claims in this action without prejudice. Defendant City of San Diego has not served an answer. Accordingly, the California Employment Law Council may dismiss its claims against Defendant without prejudice and without an order of the Court.

For the sake of clarity, Plaintiff California Employment Law Council wishes to note it is filing this dismissal alone. Plaintiff San Diego County Lodging Association will remain party to the action.

DATED: January 14, 2021

**PAUL HASTINGS LLP**
RAYMOND W. BERTRAND
JAMES P. DE HAAN

By: _____/s/ Raymond W. Bertrand_____
         RAYMOND W. BERTRAND

Attorneys for Plaintiff
CALIFORNIA EMPLOYMENT LAW COUNCIL

# CERTIFICATE OF SERVICE

I, the undersigned, state:

I am employed in the City and County of San Diego, State of California. I am over the age of 18 years, and not a party to the within action. My business address is 4747 Executive Drive, 12th Fl., San Diego, CA 92121.

On January 14, 2021, I served the foregoing document(s) described as:

1. **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS ASSERTED BY CALIFORNIA EMPLOYMENT LAW COUNCIL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

> Paul James
> City of San Diego
> Office of the City Attorney
> Civil Litigation Division
> 1200 Third Avenue, Suite 1100
> San Diego, CA 92101
> T: (619) 533-5800
> F: (619) 533-5856

☐ **VIA OVERNIGHT MAIL**: By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

☒ **VIA U.S. MAIL:** I am readily familiar with Paul Hastings LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **VIA PERSONAL DELIVERY**: I personally caused to be delivered such sealed envelope(s) by hand to the offices of the addressee(s) listed above.

1 ☐ **VIA FACSIMILE**: The facsimile transmission report indicated that the transmission was complete and without error. The facsimile was transmitted to the facsimile numbers indicated above on January 14, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. I further declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

Executed on January 14, 2021, at San Diego, California.

*/s/ Tamara L. Morrow*
TAMARA L. MORROW

- 4 -   20-CV-02151

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE