1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COUNTY LODGING ASSOCIATION,<br><br>                              Plaintiff,<br><br>v.<br><br>THE CITY OF SAN DIEGO; and UNITE HERE LOCAL 30,<br><br>                              Defendants. | Case No.:  20-cv-2151-WQH-MDD<br><br>**ORDER** |

HAYES, Judge:

     Pursuant to the parties' Joint Motion to Dismiss Complaint with Prejudice (ECF No. 52),

     IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear their own fees and costs. The Clerk of the Court shall close the case.

Dated:  October 26, 2021

Hon. William Q. Hayes
United States District Court